IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 10-00015-01-CR-W-DGK |
| AUGUSTA CANNON, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

On December 30, 2009, counsel for Defendant made an oral motion pursuant to 18 U.S.C. § 4241 for a judicial determination of Defendant's mental competency. Defendant was examined by Dr. John H. Wisner, M.D., who prepared a report dated March 10, 2010. On March 25, 2010, I held a competency hearing. Defendant was present, represented by appointed counsel Richard Carney. The government was represented by Paul Becker. During the hearing, both parties stipulated to the contents and findings contained in Dr. Wisner's report (Tr. at 2-3). Both parties waived the fourteen-day objection period to this Report and Recommendation (Tr. at 4-5). Accordingly, it is

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding Defendant competent.

                                                                          /s/ Robert E. Larsen
                                                                         ROBERT E. LARSEN
                                                                         United States Magistrate Judge

Kansas City, Missouri
April 2, 2010